IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLEN RAY, *et al.*                                                                         PLAINTIFFS

v.                        NO. 3:10CV00185 JLH

CRETE CARRIER CORPORATION, *et al.*                        DEFENDANTS

## ORDER

     Presently before the Court is the Joint Motion to Modify Scheduling Order and Continue Trial. Document #12. Good cause having been shown, the motion is granted and the trial of this matter previously set for the week of May 2, 2011, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

     IT IS SO ORDERED this 13th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE