# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GLEN RAY, d/b/a GLEN RAY'S TOWING &            PLAINTIFFS
RECOVERY, INC.; MARTY RAY; and
FRANCISCO MARTINEZ

v.            No. 3:10CV00185 JLH

CRETE CARRIER CORPORATION            DEFENDANT

## ORDER

On June 6, 2011, the Court entered an order giving notice to the plaintiff that the Court would dismiss this action without prejudice as to defendant Darrell Weiss unless proof of service was filed on or before July 6, 2011, or the plaintiff established good cause for failure to serve summons and complaint within 120 days after the filing of the complaint. The plaintiff has not filed proof of service nor shown good cause for failure to serve the summons and complaint within 120 days. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice as to defendant Darrell Weiss.

IT IS SO ORDERED this 25th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE