IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLEN RAY, d/b/a GLEN RAY'S TOWING &                       PLAINTIFFS
RECOVERY, INC.; MARTY RAY; and
FRANCISCO MARTINEZ

v.                         No. 3:10CV00185 JLH

CRETE CARRIER CORPORATION                         DEFENDANT

## ORDER

       The Court has been notified that plaintiffs' counsel has been injured in an accident and is currently hospitalized. The pretrial deadlines are therefore suspended pending further word from plaintiffs' counsel regarding when he will be able to resume work. Trial is scheduled to begin on September 19, 2011, and will remain on the docket for that date unless and until a continuance is requested.

       IT IS SO ORDERED this 29th day of August, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE