IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLEN RAY, d/b/a GLEN RAY's TOWING &            PLAINTIFFS
RECOVERY, INC.; MARTY RAY; and
FRANCISCO MARTINEZ

v.            NO. 3:10CV00185 JLH

CRETE CARRIER CORPORATION            DEFENDANT

## ORDER

      The jury trial of this matter was previously scheduled for the week of September 19, 2011, in Jonesboro, Arkansas. The Court has been informed that counsel for plaintiffs, Bruce Harlan, is currently hospitalized following an accident, and though it is possible he could be released prior to the trial date, it does not seem likely that he could adequately be prepared for a jury trial. The Court has determined that good cause exists to continue the trial of this matter. Therefore, this case is removed from the Court's September 19, 2011, trial docket. A new trial date and scheduling deadlines will be established by separate order.

      IT IS SO ORDERED this 6th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE