## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GLEN RAY, d/b/a GLEN RAY's TOWING &                      PLAINTIFFS
RECOVERY, INC.; MARTY RAY; and
FRANCISCO MARTINEZ

v.                              NO. 3:10CV00185 JLH

CRETE CARRIER CORPORATION                             DEFENDANT

### ORDER

The jury trial of this matter was previously scheduled for the week of December 12, 2011, in Jonesboro, Arkansas. The Court has been informed that a new attorney will be entering an appearance for plaintiffs in the near future. Therefore, this case is removed from the Court's December 12, 2011, trial docket, and all deadlines are stayed pending entry of appearance by new counsel for plaintiffs.

IT IS SO ORDERED this 7th day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE