IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLEN RAY d/b/a GLEN RAY'S TOWING &            PLAINTIFFS
RECOVERY, INC.; MARTY RAY; and
FRANCISCO MARTINEZ

v.                      No. 3:10CV00185 JLH

CRETE CARRIER CORPORATION                               DEFENDANT

## ORDER

Attorney Robert L. Coleman entered his appearance as counsel of record for plaintiffs on April 27, 2012, in place of former counsel Bruce O. Harlan. Accordingly, the Clerk is directed to terminate Mr. Harlan as counsel of record in this matter.

IT IS SO ORDERED this 30th day of April, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE